CHARLES K. CHINEDUH (273258)
Charles.Chineduh@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310.596.4500

JAMES J. HOCKEL (SBN 340612)
JHockel@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone:  415.704.7433
Facsimile:   205.254.1999

Attorneys for Defendant
Protective Asset Protection, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROTECTIVE ASSET PROTECTION, INC., and DOES 1-100, and EACH OF THEM,<br><br>Defendants. | Case No.: 2:25-cv-08918-SVW-PDx<br><br><br>**JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that the Parties, Plaintiff Dave Vaccaro and Defendant Protective Asset Protection, Inc., have reached an amicable resolution of this matter. The Parties are in the process of finalizing the settlement-related documents. Once the settlement agreement is fully-executed, the Parties shall file a Stipulation for Dismissal with prejudice.

The Parties therefore respectfully request that the Court vacate all dates in the case, and the Parties expect to finalize the settlement details within the next 30 days.

Dated: December 15, 2025        LAW OFFICES OF TODD M. FRIEDMAN

By: */s/ Todd M. Friedman*
TODD M. FRIEDMAN
Attorneys for Plaintiff
Dave Vaccaro

Dated: December 15, 2025        MAYNARD NEXSEN LLP

By: */s/ Charles K. Chineduh*
CHARLES K. CHINEDUH
Attorneys for Defendant
Protective Asset Protection, Inc.

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

*/s/ Charles K. Chineduh*
CHARLES K. CHINEDUH

- 2 -        Case No. 2:25-cv-08918-SVW-PDx

JOINT NOTICE OF SETTLEMENT